UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAQUAN EDWARD LOVE,

        Petitioner,        Case Number: 2:12-CV-12529

v.        HON. GERALD E. ROSEN

CATHERINE BAUMAN,

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated July 10, 2012, this cause of action is DISMISSED WITHOUT PREJUDICE.

Dated at Detroit, Michigan this <u>10th</u> day of <u>July</u>, 2012.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY:  <u>Michael Williams</u>
             Relief Case Manager to the Honorable
             Gerald E. Rosen

APPROVED:

Dated: July 10, 2012        <u>s/Gerald E. Rosen</u>
        Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 10, 2012, by electronic and/or ordinary mail.

                                              s/Ruth A. Gunther
                                              Relief Case Manager to the Honorable
                                              Gerald E. Rosen